ETHEL G. BELL, as Administratrix, etc., of GEORGE N. BELL, Deceased, Respondent, v. OLD COLONY COACH LINES, INC., Appellant, and NEW ENGLAND TRANSPORTATION COMPANY, Defendant.— Appeal by defendant Old Colony Coach Lines, Inc., from a judgment in favor of the plaintiff, entered on a verdict in the

sum of $25,478, in an action to recover damages for the death of the plaintiff's intestate through the negligence of said defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.